UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOLYNE NERISSA JOHNSON,<br><br>      Plaintiff,<br><br>-against-<br><br>PRESIDENT PRO TEMPORE(S) AND MAJORITY LEADER(S) OF NY STATE SENATE; MINORITY LEADER(S) OF NEW YORK STATE SENATE; SPEAKER OF THE NEW YORK STATE ASSEMBLY; MINORITY LEADER(S) OF THE NEW YORK STATE ASSEMBLY,<br><br>      Defendants. | 1:21-CV-9627 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued December 20, 2021, dismissing this action as frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff has consented to electronic service of court documents. (ECF 3.)

SO ORDERED.

Dated: December 20, 2021
    New York, New York

              /s/ Laura Taylor Swain
              LAURA TAYLOR SWAIN
            Chief United States District Judge